IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:12CR443-1 |
| TERRY LEE BETHEA | : | |

The Grand Jury charges:

COUNT ONE

1. At all times material to this Indictment, Subway Restaurant, located at 2808 University Parkway, Winston Salem, North Carolina, was engaged in the commercial activities of a restaurant business, in interstate and foreign commerce and in an industry which affected interstate and foreign commerce.

2. On or about June 18, 2012, in the County of Forsyth, in the Middle District of North Carolina, TERRY LEE BETHEA did unlawfully obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that TERRY LEE BETHEA did knowingly and unlawfully take and obtain property consisting of approximately $368.50 of United States currency, merchandise and other items belonging to Subway Restaurant, 2808 University Parkway, Winston Salem, North Carolina, from the possession of employees of the said business against their

will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, that is, by forcing one employee to face the wall while standing in a corner and pointing a gun at the other employee and demanding United States currency, merchandise and other items; in violation of Title 18, United States Code, Section 1951(a).

COUNT TWO

On or about June 18, 2012, in the County of Forsyth, in the Middle District of North Carolina, TERRY LEE BETHEA, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery, in violation of Title 18, United States Code, Section 1951(a), did knowingly carry and use, by brandishing, a firearm, that is, a handgun; in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL:

_____
ANDREW C. COCHRAN
SPECIAL ASSISTANT UNITED STATES ATTORNEY

_____
RIPLEY RAND
UNITED STATES ATTORNEY